JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| JOHN GONZALEZ,<br><br>      Plaintiff,<br><br>      v.<br><br>CITY OF EL MONTE,<br>      Defendants. | Case № 2:18-cv-02346-ODW (GJSx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Court, having considered the parties' Joint Stipulation for Dismissal (ECF No. 42) and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby **DISMISSES WITH PREJUDICE** Plaintiff's Complaint in the above-entitled action. Each party shall bear its own costs and attorneys' fees. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

October 30, 2019

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**